From: The District Court of the Thirteenth Judicial District. County of Yellowstone.

STATE OF MONTANA, Plaintiff, vs. BERNARD FITZPATRICK, Defendant.

Received at State Prison 5/10/67—Assault, second.

NO. 35

DECISION

The application of the above-named defendant for a review of the sentence of 6 years, imposed on September 16, 1966, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) Change of sentence denied.

The reason for the above decision is that this prisoner has an extensive arrest and conviction record dating back to February, 1960. His institutional adjustment appears to be only fair. In view of the fact that he will be considered for parole in June of 1968 it is the feeling of the Board that his sentence should not be reduced.

DATED this 27th day of March, 1968.

SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip Duncan, Paul G. Hatfield.

From: The District Court of the Eighteenth Judicial District. County of Gallatin.

STATE OF MONTANA, Plaintiff, vs. BYRON GALLAGHER, Defendant.

Received at State Prison 1/10/62—Robbery 10 years. Robbery 15 years.

NO. 49

DECISION

The application of the above-named defendant for a review of the sentence of 10 and 15 years, imposed on December 12, 1961, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) Change of sentence is denied.

The reason for the above decision is this applicant has acquired five felony convictions, two reformatory imprisonments, and two state prison imprisonments. His disciplinary record is not good, and it is the opinion of the Board he should not be considered for parole prior to the regular date, which will be in June of 1969.

DATED this 27th day of March, 1968.

SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip Duncan, Paul G. Hatfield.